COMMONWEALTH *vs.* EDWARD DONAHUE.

Essex.   November 8, 1878.   ENDICOTT & LORD, JJ., absent.

If the age of a defendant, in a criminal case, does not appear upon the record, the objection that, under the St. of 1877, c. 210, § 5, the court has no jurisdiction, cannot be availed of by a motion to dismiss or in arrest of judgment.

COMPLAINT to the Police Court of Haverhill charging Edward Donahue with unlawfully keeping intoxicating liquor with intent unlawfully to sell the same.   The record, transmitted to the Superior Court on appeal, was in the usual form, and did not state the age of the defendant.

In the Superior Court, before *Bacon,* J., the defendant, before the jury were impanelled, moved to dismiss the complaint for the reason that defendant was, at the time the complaint was issued, and the trial had thereon in the police court, under the age of seventeen years, and was not tried before a session of that court for juvenile offenders, in accordance with the provisions of the St. of 1877, c. 210, § 5,* but was tried at a regular session of said court for the transaction of criminal business; that, being of such age, the police court had no jurisdiction in the matter of said complaint, except when in session for the trial of juvenile offenders; and that the Superior Court had no jurisdiction.   In support of the motion, the defendant offered to show that he was under seventeen years of age at the time he was tried in the Police Court, and at the time of his trial in the Superior Court.   The judge refused to hear the evidence, and overruled the motion.

After a verdict of guilty, the defendant moved in arrest of judgment, assigning the same reasons as in his motion to dismiss.   The judge thereupon heard evidence on the question of the age of the defendant, excluded a portion of that offered by

---

* "The several district, police and municipal courts shall have and exercise, within the districts under the jurisdiction thereof, all the power, authority and jurisdiction that trial justices of juvenile offenders now have; but such offenders shall be tried separate and apart from the trial of other criminal cases, at suitable times to be designated therefor by said courts, to be called the session for juvenile offenders, of which session a separate record and docket shall be kept."

him, and overruled the motion; and the defendant alleged exceptions.

*B. F. Brickett*, for the defendant.

*C. R. Train*, Attorney General, for the Commonwealth.

BY THE COURT. The age of the defendant did not appear upon the record, and therefore was not a legal ground of a motion to dismiss, or of a motion in arrest of judgment. *Commonwealth v. Fredericks*, 119 Mass. 199. *Commonwealth v. Edwards*, 12 Cush. 187. · · *Exceptions overruled.*